PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
VV@PLGDAMAGE.COM
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

America Romero
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

MAPLE COVERAGE LLC

Defendant.

Case No.: 5:26-cv-05376-EKL

**NOTICE OF SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** PLEASE TAKE NOTICE that Plaintiff America Romero, individually and on behalf of all others similarly situated, by and through designated counsel, Vinit R. Venkatesh, Esq. of PLG Damage Attorneys, hereby notifies the Court that the parties have reached a settlement in principle resolving individual claim and matters in controversy between them in this action.

The parties are currently in the process of finalizing the formal, written settlement agreement and executing the necessary documentation. The parties anticipate filing a formal Stipulation of Dismissal with prejudice within forty-five (45) days of this Notice, or as otherwise directed by the Court.

Accordingly, Plaintiff respectfully requests that the Court vacate all pending deadlines, hearings, and case management conferences currently scheduled in this matter

to allow the parties sufficient time to finalize and execute the settlement agreement and file the dismissal.

Dated: September 17, 2026

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic service in this case.

/s/ *Vin R. Venkatesh, Esq.*
Vinit R. Venkatesh, Esq.